Home Friendly Insurance Company v. Lichliter et al. (Pa. Labor Relations Board, Appellant).

Argued January 26, 1942. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

J. Charles Short, with him M. Louise Rutherford, Deputy Attorney General, and Claude T. Reno, Attorney General, for appellant.

Ralph S. Croskey, of Croskey & Edwards, and Theodore L. Reimel, for appellee.

*Joseph A. Padway, Herbert S. Thatcher* and *James A. Glenn,* for amicus curiæ.

OPINION BY MR. CHIEF JUSTICE SCHAFFER, March 23, 1942:

For the reasons stated in the preceding case, the appeal is dismissed.